FILED
99 NOV 19 AM 11: 10
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
NOV 22 1999

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JERRY WAYNE FISH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 99-C-1587-S |
| | ) | |
| STEVE DEES; WILLIE E. RYANS; | ) | |
| and VINCENT ROBERSON, | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 29, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) because all of the claims raised by plaintiff are frivolous and/or fail to state a claim upon which relief can be granted. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

DATED this 19th day of November, 1999.

U. W. CLEMON
UNITED STATES DISTRICT JUDGE